# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NORTHERN NEW MEXICO STOCKMAN'S ASSOCIATION and OTERO COUNTY CATTLEMAN'S ASSOCIATION,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and MARGARET EVERSON, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service,<br><br>Respondents. | Case No. 1:18-cv-01138-SCY-JHR<br><br>**SCHEDULING ORDER** |

Based on the parties' Joint Motion for a Scheduling Order, and for good cause shown, the Court GRANTS the parties' motion and hereby ORDERS that the parties will abide by the following schedule:

1. On or before June 7, 2019, Respondents shall serve a copy of the administrative record upon Petitioners in electronic format.

2. On or before June 21, 2019, Petitioners shall notify Respondents whether they agree that the administrative record is complete or, instead, propose any changes or additions to the record.  The parties shall confer in good faith and attempt to resolve informally any disputes regarding the contents of the administrative record.

3. On or before June 28, 2019, the parties shall file a joint status report notifying the Court whether they have reached agreement that the record is complete.  If Petitioners

1

intend to file a record motion, the joint status report will propose a briefing schedule for such a motion.

4. If the parties agree that the record is complete, Respondents shall lodge a copy of the administrative record with the Court on or before July 8, 2019, and proceed to merits briefing as follows:

   a. On or before August 8, 2019, Petitioners shall file their Opening Brief in support of their Petition for Review.

   b. On or before September 9, 2019, Respondents shall file their Response Brief.

   c. On or before September 30, 2019, Petitioners shall file their Reply Brief.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
THE HONORABLE JERRY H. RITTER
United States Magistrate Judge


AGREED:

JOHN C. ANDERSON
United States Attorney

MANUEL LUCERO
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1467
manny.lucero@usdoj.gov

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief

MEREDITH L. FLAX, Assistant Chief

/s/ *Devon Lea Flanagan*
DEVON LEA FLANAGAN, Trial Attorney
DC Bar No. 1022195
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0201
Facsimile: (202) 305-0275
Email: devon.flanagan@usdoj.gov

*Attorneys for Respondents*


A. BLAIR DUNN
Western Agriculture, Resource and Business Advocates, LLP
400 Gold Ave. SW, Suite 1000
Albuquerque, New Mexico 87102
Telephone: (505) 750-3060
Email: abdunn@ablairdunn-esq.com

s/ *Jeffrey W. McCoy*
JEFFREY W. McCOY
ANTHONY L. FRANÇOIS
DAMIEN M. SCHIFF
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Email: tfrancois@pacificlegal.org
Email: dschiff@pacificlegal.org
Email: jmccoy@pacificlegal.org

*Attorneys for Petitioners and Plaintiffs*