# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NORTHERN NEW MEXICO STOCKMAN'S ASSOCIATION and OTERO COUNTY CATTLEMAN'S ASSOCIATION,<br><br>        Petitioners,<br><br>        v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and MARGARET EVERSON, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service,<br><br>        Respondents. | Case No. 1:18-cv-01138-SCY-JFR<br><br>**JOINT STATUS REPORT** |

      On March 27, 2019, the Court issued a Scheduling Order requiring Respondents to serve a copy of the administrative record upon Petitioners, setting a deadline for Petitioners to communicate with Respondents regarding any concerns over the completeness of the record, and ordering the parties to file a joint status report by June 28, 2019, informing the Court of the outcome of those discussions.  *See* Scheduling Order, ECF No. 12.  The parties hereby notify the Court that they have resolved all disputes regarding the contents of the administrative record and agree that the administrative record is complete.

      As provided in the Scheduling Order, Respondents shall lodge a copy of the certified administrative record with the Court no later than July 8, 2019.  The parties will then proceed to summary judgment briefing in accordance with the briefing schedule established in the Scheduling Order.

1

Dated June 28, 2019.

        Respectfully Submitted by,

        JOHN C. ANDERSON
        United States Attorney

        MANUEL LUCERO
        Assistant United States Attorney
        P.O. Box 607
        Albuquerque, NM 87103
        (505) 224-1467
        manny.lucero@usdoj.gov

        JEAN E. WILLIAMS,
        Deputy Assistant Attorney General
        SETH M. BARSKY, Chief
        MEREDITH L. FLAX, Assistant Chief

        /s/ *Devon Lea Flanagan*
        DEVON LEA FLANAGAN, Trial Attorney
        DC Bar No. 1022195
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 305-0201
        Facsimile: (202) 305-0275
        Email: devon.flanagan@usdoj.gov

        *Attorneys for Respondents*


        A. BLAIR DUNN
        Western Agriculture, Resource and Business
        Advocates, LLP
        400 Gold Ave. SW, Suite 1000
        Albuquerque, New Mexico 87102
        Telephone: (505) 750-3060
        Email: abdunn@ablairdunn-esq.com

        s/ *Damien M. Schiff*
        DAMIEN M. SCHIFF
        JEFFREY W. McCOY
        ANTHONY L. FRANÇOIS
        Pacific Legal Foundation
        930 G Street
        Sacramento, California 95814
        Telephone: (916) 419-7111
        Email: tfrancois@pacificlegal.org
        Email: dschiff@pacificlegal.org
        Email: jmccoy@pacificlegal.org

        *Attorneys for Petitioners and Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2019, I filed the foregoing motion electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

A. Blair Dunn
Attorney for Petitioners
abdunn@ablairdunn-esq.com

Damien M. Schiff
Attorney for Petitioners
Dms@pacificlegal.org

Jeffrey McCoy
Attorney for Petitioners
Jmccoy@pacificlegal.org

Anthony L. Francois
Attorney for Petitioners
Alf@pacificlegal.org

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN

*Attorney for Respondents*