UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NORTHERN NEW MEXICO STOCKMAN'S ASSOCIATION, et al., <br><br> Petitioners and Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al., <br><br> Respondents and Defendants, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY and WILDEARTH GUARDIANS, <br><br> Proposed Respondents and Defendant-Intervenors. | ) ) ) ) ) ) ) Case No: 1:18-cv-01138-SCY-JFR ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Notice is hereby given that Samantha Ruscavage-Barz, a member of the bar of this court, enters her appearance as counsel of record for WildEarth Guardians in the above-captioned proceeding. Copies of all further filings, notices, and correspondence should be served upon counsel at the addresses listed below.

Respectfully submitted on the 3rd day of July 2019.

>/s/ Samantha Ruscavage-Barz
>WildEarth Guardians
>301 N. Guadalupe Street, Ste. 201
>Santa Fe, NM 87501
>Tel: (505) 401-4180
>sruscavagebarz@wildearthguardians.org
>*Attorney for Proposed Respondent/Defendant-Intervenor WildEarth Guardians*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE was served on all counsel of record through the Court's ECF system on this 3rd day of July 2019.

<em>s/ Samantha Ruscavage-Barz</em>