# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| NORTHERN NEW MEXICO STOCKMAN'S ASSOCIATION and OTERO COUNTY CATTLEMAN'S ASSOCIATION,<br><br>    Petitioners and Plaintiffs,<br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and GREG SHEEHAN, Principal Deputy Director & Acting Director of the United States Fish and Wildlife Service, in his official capacity,<br><br>    Respondents and Defendants,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY and WILDEARTH GUARDIANS,<br><br>    Proposed Respondents and Defendant-Intervenors. | Civil Action<br>Case No. 1:18-cv-01138-SCY-JHR<br><br>**RESPONSE IN NON-OPPOSITION TO MOTION TO INTERVENE [DOCUMENT 15]** |

  As stated in the pending motion to intervene, Petitioners and Plaintiffs Northern New Mexico Stockman's Association and Otero County Cattleman's Association (Stockman's Associations) do not object to the motion to intervene as long as the parties can agree to a reasonable modification of the already-issued scheduling order to account for the Stockman's Associations' need to respond to Conservation Groups' brief. The Stockman's Associations and the Conservation Groups have agreed to a proposed modification of the scheduling order that will not prejudice any party. Federal Defendants take no position on the pending motion to intervene

1

but, if this Court grants intervention, Federal Defendants agree with the proposed modification to the scheduling order.

The proposed modifications are:

1. On or before August 8, 2019, Petitioners shall file their Opening Brief in support of their Petition for Review.

2. On or before September 9, 2019, Respondents shall file their Response Brief.

3. On or before September 16, 2019, Intervenors shall file their Response Brief.

4. On or before October 7, 2019, Petitioners shall file their combined Reply Brief. The page limit for the combined Reply shall be enlarged by four pages for a total of 16 pages.

Petitioners respectfully request that, should this Court grant the motion to intervene, it make the proposed modifications to the scheduling order.

DATED: July 15, 2019.

Respectfully submitted,

s/ A. Blair Dunn
A. BLAIR DUNN
Western Agriculture, Resource and Business Advocates, LLP
400 Gold Ave. SW, Suite 1000
Albuquerque, New Mexico 87102
Telephone: (505) 750-3060
Email: abdunn@ablairdunn-esq.com

s/ Jeffrey W. McCoy
ANTHONY L. FRANÇOIS
DAMIEN M. SCHIFF*
JEFFREY W. McCOY*
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Email: tfrancois@pacificlegal.org
Email: dschiff@pacificlegal.org
Email: jmccoy@pacificlegal.org

*Pro Hac Vice

*Attorneys for Petitioners and Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Devon Lea Flanagan
devon.flanagan@usdoj.gov

Manuel Lucero
manny.lucero@usdoj.gov

Samantha M. Ruscavage-Barz
sruscavagebarz@wildearthguardians.org

John Buse
jbuse@biologicaldiversity.org

Ryan Shannon
rshannon@biologicaldiversity.org

                                            s/ Jeffrey W. McCoy
                                            JEFFREY W. McCOY