UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CV-18-CV-1138-JB-JFR         **DATE:** October 31, 2019

**TITLE:** *Northern New Mexico Stockman's Assoc., et al. v. US Fish and Wildlife Service, et al*

**COURTROOM CLERK:** J. Wright         **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   8:31 AM-11:19AM   **TOTAL TIME:**  2 HOURS; 48 MINUTES

**TYPE OF PROCEEDING:** Hearing: Petition for Review of Agency Decision

**COURT RULING:**   COURT TAKES THE MATTER UNDER ADVISEMENT

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**         **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Damien Schiff                                     Samantha M. Ruscavagae-Barz
Blair Dunn                                        Ryan Shannon

**For Respondent:**                               **For Intervenor WildEarth Guardians**:
                                                  Samantha M. Ruscavagae-Barz
Andrew Smith
Devon Lea Flanagan                                **For Intervenor Center for Biological Diversity**

                                                  John Buse
                                                  Ryan Shannon

**PROCEEDINGS:**

8:31AM    Court in session, counsel enter appearances.

8:32AM    Mr. Buse argues the issue of standing.

8:35AM    Ms. Ruscavage-Barz responds to issue of standing.

8:50AM    Mr. Smith responds to the issue of standing.

8:51AM    Mr. Schiff responds to the issue of standing.

10:01AM   Court in recess for 15 minute break.

10:17AM   Court back on record; counsel continues argument regarding relief.

11L16AM Court inquires about timing of making a decision.

11:17AM   Plaintiff does not object to a "normal track" for this decision; if a decision could be issued within 6 months, they would appreciate it. Other counsel does not object.

11:18AM   Court will try to issue an opinion in that time frame. Counsel will send an Order for deadlines for supplemental briefing on the matter.

11:19AM   Counsel have nothing further.

11:19AM   Court in recess.